UNITED STATES DISTRICT COURT

SOUTHERN DISTRICT OF CALIFORNIA

| | | |
|---|---|---|
| UNITED STATES OF AMERICA, | ) | 08 CR 1321-WQH |
| Plaintiff | ) | CRIMINAL NO. _08 MJ 1107_ |
| | ) | |
| vs. | ) | ORDER |
| | ) | RELEASING MATERIAL WITNESS |
| | ) | |
| Mark Esquibel | ) | Booking No. |
| Defendant(s) | ) | |

On order of the United States ~~District~~/Magistrate Judge,  **Ruben B. Brooks**

IT IS HEREBY ORDERED that the following named person heretofore

committed to the custody of the United States Marshal as a material witness be

released from custody:  (Bond Posted / Case Disposed / Order of Court).

**Lucia Alejo-Diaz**

DATED: ___4/24/08___

**Ruben B. Brooks**
UNITED STATES DISTRICT/MAGISTRATE JUDGE

RECEIVED _____          OR
                    DUSM

W. SAMUEL HAMRICK, JR.  Clerk

by _____
                    Deputy Clerk